UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
RBC DAIN RAUSCHER INC., )
                             Plaintiff, )
        v. )
STEVEN L. ALVORD and D.A. DAVIDSON )
& COMPANY, )
                            Defendants. )
_____)

No. C06-0481L

ORDER GRANTING DEFENDANTS' MOTION TO QUASH AND DENYING PLAINTIFF'S MOTION TO COMPEL

       This matter comes before the Court on defendants' "Motion to Quash Subpoenas and Notices of Deposition and for Protective Order" (Dkt. # 12) and the "Motion of Plaintiff RBC Dain Rauscher to Compel Discovery" (Dkt. # 16). Defendants do not oppose the entry of a preliminary injunction in the above-captioned matter. See Dkt. # 17. Plaintiff cannot, therefore, show any need for discovery "in aid of preliminary injunction proceedings before this Court." Dkt. # 8 at ¶ 5. Defendants' motion to quash is GRANTED and plaintiff's motion to compel is DENIED.

       DATED this 17th day of April, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik,
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION TO QUASH AND DENYING
PLAINTIFF'S MOTION TO COMPEL